NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1132

MARILYN VIRGIS

VERSUS

VIDALIA APPAREL

**********

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - # 2
PARISH OF RAPIDES, NO. 02-05164
JAMES L. BRADDOCK, WORKERS' COMPENSATION JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

Peters, J., concurs and assigns written reasons.

Ezell, J., concurs for the reasons assigned by Judge Peters.

AFFIRMED.

Paul A. Lemke, III
Attorney At Law
P. O. Box 595
Harrisonburg, LA 71340
(318) 744-5431
Counsel for: Plaintiff/Appellant
        Marilyn Virgis

**Chris Broadwater**
**Forrester, Jordan & Dick, L.L.C.**
**7809 Jefferson Hwy, Bldg. G**
**Baton Rouge, LA 70809**
**(225) 928-5400**
**Counsel for: Defendant/Appellee**
**Vidalia Apparel**